**Electronically Filed
Supreme Court
SCWC-12-0000594
06-NOV-2013
11:27 AM**

SCWC-12-0000594

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

In the Matter of

ROBERT EARL BEEKMAN, ANDREA WILSON, and
HAWAI'I STATE TEACHERS ASSOCIATION
Petitioners/Appellants-Appellants,
and
LAUPAHOEHOE COMMUNITY PUBLIC CHARTER SCHOOL, LAUPAHOEHOE
ALUMNI/COMMUNITY ASSOCIATION, LAUPAHOEHOE COMMUNITY PUBLIC
CHARTER SCHOOL INTERIM LOCAL SCHOOL BOARD (2011-029)
Respondents/Appellants-Appellees/Appellees,
and
THE BOARD OF EDUCATION, STATE OF HAWAI'I
Respondent/Agency-Appellee/Appellee,
and
STATE OF HAWAI'I, CHARTER SCHOOL REVIEW PANEL
Respondent/Agency-Appellee/Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000594; CIV. NO. 12-1-0087)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioners/Appellants-Appellants' Application for Writ

of Certiorari, filed on September 24, 2013, is hereby rejected.

DATED: Honolulu, Hawai'i, November 6, 2013.

Herbert R. Takahashi,                    /s/ Mark E. Recktenwald
Rebecca L. Covert, and
Davina W. Lam,                           /s/ Paula A. Nakayama
for petitioners

                                         /s/ Simeon R. Acoba, Jr.

Christopher P. Schlueter,
Gary S. Suganuma,                        /s/ Sabrina S. McKenna
Monica Morris, and
Michelle M. L. Puu,                      /s/ Richard W. Pollack
for respondents

